No. 79–1723. SUTKER, DBA ALL-STATE DENTAL LABORATORY v. ILLINOIS STATE DENTAL SOCIETY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 79–6276. FISHER v. REISER, CHAIRMAN OF NEVADA INDUSTRIAL COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 79–6470. FRANKLIN v. GEORGIA. Sup. Ct. Ga.; and

No. 79–6614. DOBBS v. HOPPER, WARDEN. Super. Ct. Ga., Tattnall County. Certiorari denied. Reported below: No. 79–6470, 245 Ga. 141, 263 S. E. 2d 666.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Petition for rehearing of the order of the Court entered April 28, 1980 [446 U. S. 253], denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 77–6219. BALDASAR v. ILLINOIS, 446 U. S. 222;

No. 79–1141. MORA v. FLORIDA, 446 U. S. 917;

No. 79–1309. SEIBERT v. BAPTIST, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL., 446 U. S. 918;

No. 79–1468. SEYFARTH v. LOVRET, 446 U. S. 919; and

No. 79–1495. SAPPINGTON v. BECKERT, JUDGE, ET AL., 446 U. S. 931. Petitions for rehearing denied.